### 29329. COLE *v.* THE STATE.

BROYLES, C. J. This is a companion case to *Clark* v. *State*, ante, and is controlled by that decision.

*Judgment reversed. Gardner, J., concurs. MacIntyre, J., dissents.*

DECIDED NOVEMBER 14, 1941.

*LeRoy Finch, J. Richmond Garland,* for plaintiff in error.
*Hal C. Hutchens, solicitor-general, W. A. Foster Jr.,* contra.